UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Tyshawn Lamar Williams**                                              **Docket No. 2:19-CR-23-1BO**

### Petition for Action on Supervised Release

COMES NOW Andrew Medley, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Tyshawn Lamar Williams, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on December 18, 2020, to the custody of the Bureau of Prisons for a term of 52 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Tyshawn Lamar Williams was released from custody on January 10, 2023, at which time the term of supervised release commenced.

On February 9, 2023, a Violation Report was submitted advising the court that the defendant tested positive for marijuana use. The court permitted supervision to continue and the defendant agreed to participate in substance abuse treatment.

On March 17, 2023, a Violation Report was submitted advising the court that the defendant admitted to using marijuana. The court permitted supervision to continue to allow the defendant time to participate in substance abuse treatment, increased urinalysis testing, and increased contacts with the probation officer.

On May 16, 2023, a Petition for Action was submitted advising the court that the defendant tested positive for marijuana use. As a result of the violation, the defendant was ordered to adhere to a curfew with Location Monitoring for a period not to exceed 60 days.

On July 16, 2024, a Violation Report was submitted advising the court that the defendant admitted to using marijuana. The court permitted supervision to continue and the defendant agreed to resume participation in substance abuse treatment along with increased contact with the probation officer.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On August 13, 2024, the defendant admitted to using marijuana recently and reported that he utilizes the substance to calm his thoughts of harming himself or others. Due to the defendant's history of substance abuse and admission of his dependence on marijuana to address his mental health needs, it is recommended that his conditions of release be amended to include mental health treatment.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Tyshawn Lamar Williams
Docket No. 2:19-CR-23-1BO
Petition For Action
Page 2

Reviewed and approved,

/s/ Melissa K. Lunsmann
Melissa K. Lunsmann
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Andrew B. Medley
Andrew B. Medley
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 984-212-1689
Executed On: September 13, 2024

## ORDER OF THE COURT

Considered and ordered this 15 day of Sept., 2024, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
United States District Judge